*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 4/4/2019

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 Proceeding |
| JAMES ROBERT JACKSON, JR., ) | Case No. 319-01746 |
| ) | Marian F. Harrison, Judge |
| Debtor. ) | |

**ORDER EXTENDING TIME TO FILE REMAINING
CHAPTER 7 STATEMENTS AND SCHEDULES**

Upon application of the Debtor and for good cause shown unto me, it is hereby **ORDERED** that the time to file the remaining statements and schedules herein shall be extended for fifteen (15) days, making the new deadline April 18, 2019.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THIS PAGE**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ, PLLC

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee, Erica Johnson, Chapter 7 Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 3rd day of April, 2019.

                 **/S/ STEVEN L. LEFKOVITZ**
                 Steven L. Lefkovitz

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.