Marian F. Harrison
US Bankruptcy Judge

Dated: 6/18/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **JAMES ROBERT JACKSON, Jr.** | ) BK No. 19-01746-MH3-7 |
| *dba* **STONEWALL FARM** | ) |
| | ) |
| Debtor(s). | ) |

### ORDER COMPELLING DEBTOR TO (1) FILE STATEMENTS AND SCHEDULES; AND (2) TO APPEAR AND SUBMIT TO EXAMINATION AT THE MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 341

This matter is before the Court upon the Trustee's Motion to Compel Debtor to (1) File Statements and Schedules; and (2) appear and submit to examination at the Meeting of Creditors pursuant to § 341. It appears to the Court that good cause has been demonstrated for granting the relief requested herein. Therefore,

IT IS HEREBY ORDERED as follows:

1. The Debtor, James Robert Jackson, Jr., is compelled to and shall file with this Court, statements and schedules within fourteen (14) days from the entry of this Order pursuant to 11 U.S.C. § 521(a) and Rule 1007 of the Federal Rules of Bankruptcy Procedure

2. That the Debtor, James Robert Jackson, Jr., is compelled to appear and submit to examination at the Meeting of Creditors on August 19, 2019 at 1:00 p.m. at Customs House, 701 Broadway, Room 100, Nashville, Tennessee 37203.

3. In the event the Debtor, James Robert Jackson, Jr., fails to comply with the terms of this Order, the Trustee is authorized to file a motion requesting the Court to issue sanctions against the Debtor in the amount of $100.00 per day for each day in which he fails to comply.

4. That the attorney for the Trustee shall serve a copy of this order on the Debtor and to the U.S. Trustee and file proof of such service with the Court.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry:

*/s/ Erica R. Johnson*
Erica R. Johnson (BPR No. 30939)
ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erica@erjlaw.com – Email
*Attorneys for Trustee*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.