## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **JAMES ROBERT JACKSON, Jr.** | ) | **BK No. 19-01746-MH3-7** |
| *dba* **STONEWALL FARM** | ) | |
| | ) | |
| Debtor(s). | ) | |

### AGREED ORDER BETWEEN TRUSTEE AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER REGARDING AUTOMATIC STAY AND ABANDONMENT

As evidenced by the signatures of counsel for Erica R. Johnson, Trustee ("Trustee") and Nationstar Mortgage LLC d/b/a Mr. Cooper ("Lender"), the parties have agreed to the entry of this Agreed Order regarding the automatic stay and abandonment of the following real property located at 1181 Neptune Road, Ashland City, Tennessee 37015 ("Property").

Upon agreement of the Trustee and Lender it is ORDERED as follows:

A.      The automatic stay shall remain in effect for one hundred twenty (120) days from the date of the entry of this Agreed Order, conditioned upon the Trustee obtaining a contract for sale of the Property or setting an auction for the sale of the Property within the 120-day period. If the Trustee obtains a contract for sale or sets an auction within the 120-day period, an additional thirty (30) days will be allowed to execute the transfer of the Property to the purchaser(s). The sale will be free and clear of liens, with the Lender's lien attaching to the sale proceeds, if and only if the highest bid or sale price results in an amount sufficient to satisfy the payoff amount owed to the Lender. The Lender shall have no obligation to release its lien unless it is paid in full,

with such payment being disbursed to the Lender from the closing of the sale.

B.      In the event that the Trustee does not obtain a contract for sale or does not set an auction date within the 120-day period, the automatic stay shall be lifted, and the Trustee will be deemed to have abandoned the Property without further notice or filing.

C.      It is further agreed that if the Trustee determines that there is no equity for the bankruptcy estate in the Property, the Trustee shall enter into an agreed order abandoning the Property.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry:

*/s/ Erica R. Johnson*
Erica R. Johnson (BPR No. 30939)
ERICA R. JOHNSON,
ATTORNEY AT LAW, PLLC
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erica@erjlaw.com – Email
*Attorneys for Trustee*


*/s/ Michael N. Wennerlund* (with permission)
Michael N. Wennerlund
ALBERTELLI LAW
401 Commerce Street, Suite 150
Memphis, Tennessee 37219
615-265-0835 ext. 3201 – Telephone
615-265-0836 – Facsimile
mwennerlund@alaw.net – Email
*Attorneys for Lender*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.