Marian F. Harrison
US Bankruptcy Judge

Dated: 11/7/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JAMES ROBERT JACKSON, Jr. | ) BK No. 19-01746-MH3-7 |
| *dba* STONEWALL FARM | ) |
| | ) |
| Debtor(s). | ) |

## ORDER AUTHORIZING EMPLOYMENT OF REALTOR

Upon the Application of Erica R. Johnson, Trustee, for approval to employ Amanda L. Bell, a member of At Home Realty, as realtor ("Application"), and it appearing that said realtor represents no interest adverse to the Debtor's estate, twenty one (21) days notice having been given pursuant to L.B.R. 9013-1 of this Court, and no adverse interest appearing or objections having been filed;

IT IS HEREBY ORDERED that the Trustee is authorized to employ Amanda L. Bell, a member of At Home Realty ("Realtor") in this proceeding, for the purpose of selling real property located at 1181 Neptune Road, Ashland City, Tennessee.

IT IS FURTHER ORDERED that the Listing Agreement attached as Exhibit B to the Application is hereby approved.

IT IS FURTHER ORDERED that the Realtor shall be compensated in accordance with the provisions of Local Rule 6005-1. The Trustee shall pay the approved commission immediately upon turnover of the proceeds to the Trustee by the Realtor. The Realtor shall make application for reimbursement of any expenses.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry:

*/s/ Erica R. Johnson*
Erica R. Johnson (BPR No. 30939)
ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erica@erjlaw.com – Email
*Attorneys for Trustee*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.