**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JAMES ROBERT JACKSON, Jr.** | ) | **BK No. 19-01746-MH3-7** |
| *dba* **STONEWALL FARM** | ) | |
| | ) | |
| **Debtor(s).** | ) | |

### ORDER AUTHORIZING EMPLOYMENT OF BK GLOBAL REAL ESTATE SERVICES LLC

Upon the Application of Erica R. Johnson, Trustee, for approval to employ BK Global Real Estate Services LLC as professional ("Application"), and it appearing that said professional represents no interest adverse to the Debtor's estate, twenty one (21) days notice having been given pursuant to L.B.R. 9013-1 of this Court, and no adverse interest appearing or objections having been filed;

IT IS HEREBY ORDERED that the Trustee is authorized to employ BK Global Real Estate Services LLC ("BK Global") in this proceeding, for the purpose of facilitating the sale of real property located at 1181 Neptune Road, Ashland City, Tennessee.

IT IS FURTHER ORDERED that the Listing Agreement attached as Exhibit B to the Application is hereby approved.

IT IS FURTHER ORDERED that BK Global shall be compensated in accordance with the provisions of Local Rule 6005-1. The Trustee shall pay the approved commission immediately upon turnover of the proceeds to the Trustee. BK Global shall make application for reimbursement of any expenses.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry:

*/s/ Erica R. Johnson*
Erica R. Johnson (BPR No. 30939)
ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erica@erjlaw.com – Email
*Attorneys for Trustee*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.